NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SHERLYN GONZALEZ,            )
                            )
        Appellant,           )
                            )
v.                          )       Case No. 2D17-4226
                            )
STATE OF FLORIDA,            )
                            )
        Appellee.            )
_____ )

Opinion filed December 5, 2018.

Appeal from the Circuit Court for
Hillsborough County; Kimberly K.
Fernandez, Judge.

Howard L. Dimmig, II, Public Defender,
and Gary R. Gossett, Jr., Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

        Affirmed.


SILBERMAN, MORRIS, and BADALAMENTI, JJ., Concur.